MARISA D. POULOS (SBN 197904)
marisa.poulos@balboacapital.com
MICHAEL H. RAICHELSON (SBN 174607)
michael.raichelson@balboacapital.com
BRIAN DA COSTA (SBN 342660)
brian.dacosta@balboacapital.com
BALBOA CAPITAL CORPORATION
575 Anton Boulevard, 12th Floor
Costa Mesa, California 92626
Tel: (949) 399-6303

Attorneys for Plaintiff
BALBOA CAPITAL CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> RED ROOSTER TRUCKING, INC., an Illinois corporation; and MILOS MILIC, an individual; <br><br> Defendants. | Case No.: 8:23-cv-01148-DOC-DFM <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE PER STIPULATION [12]** |

//
//

**IT IS SO ORDERED:**

1. The Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement, which is attached to the Stipulation for Dismissal.

2. This case is dismissed without prejudice.

Dated: September 5, 2023

*/s/ David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 575 Anton Boulevard, 12th Floor, Costa Mesa, California 92626. On September 5, 2023, I served the within document(s):

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE PER STIPULATION

on all the interested parties by placing true and correct copies thereof addressed as shown on the attached list, as designated below:

( X )  BY FIRST CLASS MAIL: By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United Stated Post Office at Calabasas, California, addressed as set forth in the attached Service List.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 5, 2023              /s/ Michael H. Raichelson
                                                  Michael H. Raichelson

**SERVICE LIST**

Red Rooster Trucking Inc.
C/O Milos Milic
7502 Farmingdale Drive, Apt 201
Darien IL 60561

Red Rooster Trucking Inc.
c/o Milos Milic
7502 Farmingdale Drive, Apt 201
Darien IL 60561